**WOLF HALDENSTEIN ADLER**
 **FREEMAN & HERZ LLP**
GREGORY M. NESPOLE (*Admitted Pro Hac Vice*)
270 Madison Avenue
New York, New York 10016
Tel. (212) 545-4600
Facsimile : (212) 545-4653
Email:  GMN@whafh.com

**WOLF HALDENSTEIN ADLER**
 **FREEMAN & HERZ LLP**
RACHELE R. BYRD (*Admitted Pro Hac Vice*)
750 B Street, Suite 2770
San Diego, CA 92101
Tel. (619) 239-4599
Email:  byrd@whafh.com

**WOLF HALDENSTEIN ADLER**
 **FREEMAN & HERZ LLC**
CARL MALMSTROM (*Admitted Pro Hac Vice*)
111 W. Jackson St., Suite 1700
Chicago, IL 60604
Tel. (312) 984-0000
Facsimile: (312) 214-3110
Email:  malmstrom@whafh.com

**THE SULTZER LAW GROUP P.C.**
MICHAEL LISKOW (*Admitted Pro Hac Vice*)
351 W. 54th St., Suite 1C
New York, New York 10019
Tel. (212) 969-7811
Fax: (888) 749-7747
Email: liskowm@thesultzerlawgroup.com

**BICKERTON DANG, LLLP**
JAMES J. BICKERTON           3085
BRIDGET G. MORGAN            8705
745 Fort Street, Suite 801
Honolulu, Hawaii  96813
Tel.  (808) 599-3811
Email: bickerton@bsds.com
          morgan@bsds.com

Attorneys for Plaintiffs Joshua Bokelman
and Suchandra Thapa

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| JOSHUA BOKELMAN and SUCHANDRA THAPA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>FCH ENTERPRISES, INC.<br><br>Defendant. | Civil No. 18-00209 RJB-RLP (Class Action)<br><br>**PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT; MEMORANDUM IN SUPPORT OF MOTION; CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.5; DECLARATION OF MICHAEL LISKOW, EXHIBITS "A" – "E"; CERTIFICATE OF SERVICE** |

### PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiffs JOSHUA BOKELMAN and SUCHANDRA THAPA ("Plaintiffs"), through their undersigned counsel, respectfully move this Court for an order preliminarily approving the proposed Settlement of this class action. As demonstrated herein, the proposed Settlement is fair, reasonable, and adequate under the governing standards within the Ninth Circuit and warrants preliminary approval of this Court.

This Motion is made pursuant to Federal Rule of Civil Procedure 23(e) and is supported by the accompanying memorandum of law, declaration(s) and exhibits thereto, the records filed herein, and such other and further evidence and arguments as allowed by the Court.

- 1 -

Plaintiffs move for the Court to enter an order (the "Preliminary Approval Order") that:

- Grants class certification for settlement purposes only of the following proposed settlement class under Rule 23(b)(3):

  all residents of the United States who used a credit or debit card to make a purchase at any FCH Restaurant[1] during the Class Period. The Settlement Class specifically excludes: (i) FCH and its officers and directors; (ii) all Settlement Class Members who successfully Opt Out from the Settlement Class; (iii) the Judge or Magistrate Judge to whom the action is assigned and any member of those Judges' staffs or immediate family members; and (iv) any other person found by a court of competent jurisdiction to be guilty under criminal law of initiating, causing, aiding or abetting the Security Incident or who pleads *nolo contendere* to any such charge.

- Preliminarily approves the proposed Settlement as fair, reasonable, and adequate;

- Appoints Plaintiffs as Settlement Class Representatives and Plaintiffs' counsel as Class Counsel;

- Directs notice to be disseminated to Settlement Class Members in the form and manner proposed by the parties as set forth in the Settlement Agreement and the Exhibits thereto;

- Appoints CPT Group, Inc. (CPT) to serve as the Claims Administrator;

---

[1] Capitalized terms not otherwise defined herein have the same meanings as in the Settlement Agreement and Release dated November 16, 2018 (the "Settlement Agreement" or "SA"), filed concurrently herewith.

and

- Sets deadlines for class notice to be sent, exclusion and objection deadlines, and a hearing date and schedule for final approval of the Settlement and consideration of Class Counsel's fee application, as set forth in the following agreed-upon schedule:

| EVENT | DATE |
| --- | --- |
| Notice of Class Action Settlement completed as per Notice Plan | 60 days after entry of Preliminary Approval Order |
| Class Counsel Motion for Attorneys' Fees and Costs | 90 days after entry of Preliminary Approval Order |
| Motion for Final Approval | 35 days prior to Final Approval Hearing |
| Opt-Out and Objection Deadline | 120 days after entry of Preliminary Approval Order |
| Claims Filing Deadline | 180 days after entry of Preliminary Approval Order |
| Reply in Support of Motion for Final Approval and Attorneys' Fees and Costs | 14 days prior to Final Approval Hearing |
| Final Approval Hearing | 25 days or more after Opt-Out and Objection Deadlines |

DATED: Honolulu, Hawaii, November 16, 2018.

/s/ *Bridget G. Morgan*
JAMES J. BICKERTON
BRIDGET G. MORGAN
RACHELE R. BYRD
MICHAEL LISKOW
CARL MALMSTROM
*Attorneys for Plaintiffs*