**WOLF HALDENSTEIN ADLER**
 **FREEMAN & HERZ LLP**
RACHELE R. BYRD (*Admitted Pro Hac Vice*)
750 B Street, Suite 1820
San Diego, CA 92101
Tel. (619) 239-4599
Email:  byrd@whafh.com

**WOLF HALDENSTEIN ADLER**
 **FREEMAN & HERZ LLC**
CARL MALMSTROM (*Admitted Pro Hac Vice*)
111 W. Jackson St., Suite 1700
Chicago, IL 60604
Tel. (312) 984-0000
Facsimile: (312) 214-3110
Email:  malmstrom@whafh.com

**THE SULTZER LAW GROUP P.C.**
MICHAEL LISKOW (*Admitted Pro Hac Vice*)
351 W. 54th St., Suite 1C
New York, New York 10019
Tel. (212) 969-7811
Fax: (888) 749-7747
Email: liskowm@thesultzerlawgroup.com

**BICKERTONLAW GROUP**
**A LIMITED LIABILITY LAW PARTNERSHIP**
JAMES J. BICKERTON                           3085
BRIDGET G. MORGAN-BICKERTON        8705
745 Fort Street, Suite 801
Honolulu, Hawaii  96813
Tel.  (808) 599-3811
Email: bickerton@bsds.com
          morgan@bsds.com

Attorneys for Plaintiffs Joshua Bokelman
and Suchandra Thapa

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| JOSHUA BOKELMAN and SUCHANDRA THAPA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>FCH ENTERPRISES, INC.<br><br>Defendant. | Civil No. 18-00209 RJB-RLP<br>(Class Action)<br><br>**PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT; EXHIBIT "A"; MEMORANDUM IN SUPPORT OF MOTION; CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.5; DECLARATION OF MICHAEL LISKOW, EXHIBITS "1" – "2"; CERTIFICATE OF SERVICE** |

## PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiffs JOSHUA BOKELMAN and SUCHANDRA THAPA ("Plaintiffs"), through their undersigned counsel, respectfully move this Court for an order finally certifying the Settlement Class and approving the proposed settlement of this class action (the "Final Approval Order," attached as Exhibit A). As demonstrated herein, the proposed settlement is fair, reasonable, and adequate under the governing standards within the Ninth Circuit and warrants final approval by this Court.

This Motion is made pursuant to Federal Rule of Civil Procedure 23(e) and is supported by the accompanying memorandum of law, declaration(s) and exhibits

thereto, the records filed herein, and such other and further evidence and arguments as allowed by the Court.

DATED: Honolulu, Hawaii, March 22, 2019.

/s/ *Bridget G. Morgan-Bickerton*
JAMES J. BICKERTON
BRIDGET G. MORGAN-BICKERTON
RACHELE R. BYRD
MICHAEL LISKOW
CARL MALMSTROM
*Attorneys for Plaintiffs*